UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                    Chapter 11

CHS FL, LLC, *et al.*,                                                     Case No. 2:26-bk-01087-FMR
                                                                          *Jointly Administered*

     Debtors.

_____/

THE STATUTORY UNSECURED                                                   Adv. Pro. No. 2:26-ap-00028-FMR
CLAIMHOLDERS' COMMITTEE OF CHS
FL, LLC, *et al.,*
,

     Plaintiff,

v.

YITZCHAK "ISAAC" LEFKOWITZ,
individually, TN CORRECT HEALTH
SERVICES LLC, and CORRECT HEALTH
SERVICES LLC,

     Defendants.

_____/

## <u>DEFENDANTS' REQUEST FOR COPIES</u>

Defendants, through undersigned counsel, request electronic copies of all documents produced pursuant to the *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* directed to UKG Inc. [ECF No. 17].

Phang | Feldman

**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

Dated: July 20, 2026

PHANG & FELDMAN, P.A.
*Counsel to CHS Employee Group LLC*
*and Isaac Lefkowitz*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
By:     */s/ Jonathan S. Feldman*
        Jonathan S. Feldman (12682)
        feldman@katiephang.com
        service@katiephang.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 20, 2026, a true and correct copy of the foregoing was served on all interested parties by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

By:     */s/ Jonathan S. Feldman*
        Jonathan S. Feldman (12682)

Phang Feldman

**One Biscayne Tower | Suite 1600 | 2 S. Biscayne Boulevard | Miami, FL 33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**